## NO. CA-15-016

| | | |
|---|---|---|
| **SAPHC, LLC, A TEXAS LIMITED LIABILITY COMPANY** | § | **IN THE COUNTY COURT AT LAW** |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| **V.** | § | **NO. 1** |
| | § | |
| **RR ROYAL RANCH COMPANY, A TEXAS CORPORATION, AND ALL OTHER OCCUPANTS** | § | |
| | § | |
| | § | |
| *Defendants*. | § | **PARKER COUNTY, TEXAS** |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/10/2015 4:17:24 PM
DEBRA SPISAK
Clerk

### NOTICE OF APPEAL

Defendants, RR Royal Ranch Company and All Other Occupants, parties to this case, file this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

1.      The trial court, trial court case number and style of this matter are shown in the above caption.

2.      The judgment or order appealed from was signed on December 3, 2015.

3.      RR Royal Ranch Company and All Other Occupants desire to appeal because (a) Defendants' did not receive proper or timely notice of the hearing and the trial court denied Defendants' Motion for Continuance to allow Defendants' counsel adequate time to prepare for the hearing; (b) Defendants' Motion for Abatement was denied by the trial court even though a separate action regarding ownership of the Property is currently pending in the Second Court of Appeals of Texas; (c) ownership to the Property was not established by Plaintiff's counsel as is required by the Texas Property Code in a forcible detainer action; and (d) the award of attorney's fees and damages were excessive.

4.      This appeal is being taken to the Second Court of Appeals of Texas.

5.      This notice is being filed by RR Royal Ranch Company and All Other Occupants.

**NOTICE OF APPEAL**                                                                 Page **1** of **2**

Respectfully submitted,

**DORSETT JOHNSON & SWIFT, LLP**

_____
J. C. Johnson
Texas Bar No. 24067412
jcjohnson@dorsettjohnson.com
C. J. de Vilder, Jr.
Texas Bar No. 24065130
cjdevilder@dorsettjohnson.com
Robyn Trosper-Murrell
Texas Bar No. 24090441
rtrosper@dorsettjohnson.com
109 East Third Street, Suite 350
Fort Worth, Texas 76102
Telephone:     (817) 900-8202
Facsimile:     (817) 882-8526

**ATTORNEYS FOR DEFENDANTS
RR ROYAL RANCH AND ALL OTHER
OCCUPANTS**

## CERTIFICATE OF SERVICE

Pursuant to Texas Rules of Civil Procedure 21 and 21a, I certify that on December 8, 2015 a true and correct copy of Defendants' Notice of Appeal was served to each person listed below by the method indicated.

_**Via Electronic Filing Manager**_
Michael Brinkley
BRINKLEY LAW PLLC
P.O. Box 820711
Fort Worth, Texas 76182-0711
Michael@brinkleypllc.com
**Attorney for Plaintiff**

_____
C. J. de Vilder, Jr.